# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00308-CV

**R. G. A., Appellant**

v.

**The University of Texas School of Law, Domestic Violence Clinic for M. B., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-FM-04-002710, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant R.G.A. filed a notice of appeal on May 6, 2013.  On June 26, 2013, the Clerk of this Court sent a letter notifying R.G.A. that the clerk's record was overdue and requesting that R.G.A. make payment arrangements for the clerk's record and submit a status report regarding this appeal.  The overdue-record notice also informed R.G.A. that failure to make payment arrangements or respond to the Court's notice by July 8, 2013 could subject this appeal to dismissal for want of prosecution.

To date, the clerk's record in this cause has not been filed and the district clerk has not received any payment.  Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Prosecution

Filed: August 7, 2013